MURRAY McCONNELL, plaintiff in error *v.* JAMES SHIELDS, defendant in error.

Where the Court have reason to believe that a cause is fictitious, they will require proof that the action is not feigned.

THIS Court having reason to believe that this is a feigned case, it is therefore ordered that each of the parties present to this Court, at the next June term, their respective title papers, or the cause will be dismissed; and that the clerk of this Court forward by mail to each of the parties a copy of this order.